

# Chris Daniel
### Harris County District Clerk

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 9:52:47 AM
CHRISTOPHER A. PRINE
Clerk

www.hcdistrictclerk.com

December 28, 2015

14th Court of Appeals

301 FANNIN ST.
HOUSTON, TX

Cause No. 1822364B

County Criminal Court at Law #3
The State of Texas

Vs.

YROOJ SHAMIM

Dear Sir or Madam,

Please be advised that the defendant's original appellate record was filed in the 1st Court of Appeals. The defendant has filed a new appeal on a Writ of Habeas Corpus and it was assigned to the 14th Court of Appeals accidentially. Please forward any documents filed to the 1st Court of Appeals.

Sincerely,

"/s/" *LESLIE CHARLES*

Leslie Charles, Deputy
Criminal Post Trials

201 CAROLINE • P.O. BOX 4651 • HOUSTON, TEXAS 77210-4651 • (713) 755-5749